

# Fourth Court of Appeals
## San Antonio, Texas

June 7, 2019

No. 04-18-00808-CV

Rodulfo J. **MENDEZ**,
Appellant

v.

Jessica **AGUIRRE**,
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CI00963
Honorable Angelica Jimenez, Judge Presiding

# O R D E R

Appellant has filed a motion requesting the trial court clerk supplement the clerk's record with "the correct" clerk's record for October 28, 2018. The clerk's record appears to be complete. However, the reporter's record in this appeal does not appear to be complete. The record indicates a hearing was held on September 28, 2018 during which the trial court heard the Petition for Enforcement of Property Division. The record of that hearing has not been filed with this court.

Accordingly, we DENY appellant's motion, and we ORDER the court reporter to file the record of the September 28, 2018 hearing on or before **June 17, 2019**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of June, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court